IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 2:22-cr-26-23 |
| THEODORE GEE, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on Defendant's Motion for Permission to File Supplemental Exhibits Under Seal. Doc. 1653. Defendant's Motion states the purpose of filing supplement exhibits is to submit medical and mental health records of Defendant Theodore Gee in support of Defendant's Motion to Determine Competency of Defendant Theodore Gee. Doc. 1650. After careful consideration and for good cause shown, the Court **GRANTS** Defendant's Motion. Doc. 1653. Defendant is permitted to file supplement exhibits consisting of medical and health records of Defendant Theodore Gee to Defendant's Motion to Determine Competency of Defendant Theodore Gee. The Clerk of Court is directed to seal Defendant's supplemental exhibits until further instructed by the Court.

**SO ORDERED**, this 29th day of August, 2023.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA