IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 2:22-cr-26-23 |
| THEODORE GEE, | |
| Defendant. | |

### ORDER

This matter is before the Court on the Government's Unopposed Motion to Allow Expert to Testify by VTC. Doc. 2366. Defendant is scheduled to appear for a competency hearing on February 21, 2024 at 1:30 p.m. The Government asks for the Government's expert, Dr. Justin Rigsbee, Ph.D., Psy.D., forensic psychologist to appear at the hearing by video teleconference. The Government's Motion states Defendant does not oppose the request. After careful consideration and for good cause shown, the Government's Motion is **GRANTED**. The Court will conduct the Defendant's competency hearing on February 21, 2024 at 1:30 p.m., Courtroom 2, Brunswick Federal Courthouse. Dr. Rigsbee is permitted to participate in the hearing by video conference. The video conference connecting instructions will be provided by Courtroom Deputy Kim Mixon. The Government's expert must reach out to Courtroom Deputy Kim Mixon at kim_mixon@gas.uscourts.gov or 912-262-2602 to schedule a test connection at least 24 hours prior to the hearing.

**SO ORDERED**, this 1st day of February, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA