IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 2:22-cr-26-23 |
| THEODORE GEE, | |
| Defendant. | |

**O R D E R**

This case is currently scheduled before the undersigned for a Competency Hearing on February 21, 2024 at 1:30 p.m. On February 19, 2024, the Government filed a Notice of Plea Agreement. Doc. 2383. The Parties also filed a Stipulation to Competency, doc. 2384, stipulating to the findings set out in psychological report prepared by Justin Rigsbee, Ph.D. Psy.D., namely that Defendant is competent to stand trial. Doc. 2191. In light of the Stipulation as to Defendant's Competency, doc. 2384, the Court cancels the Competency Hearing scheduled for February 21, 2024.

**SO ORDERED**, this 20th day of February, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA